UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOMINIQUE BUTLER,

          Plaintiff(s),       Case No.  15-10200

v.

                                Honorable Gerald E. Rosen

UNIFUND CCR, LLC, et al,

          Defendant(s).
_____/

## ORDER OF DISMISSAL

The Court was advised on August 3, 2015 that a settlement had been reached in above entitled action. As of September 28, 2015, the Court has not received dismissal papers. In accordance with the parties representations,

IT IS HEREBY ORDERED that this action is DISMISSED without costs and WITHOUT PREJUDICE.   The case may be reopened, if necessary, by motion of either party without payment of additional fees or costs to the right of plaintiff, upon good cause shown within thirty (30) days, to move to vacate this order if settlement is not consummated.

IT IS FURTHER ORDERED that if the parties seek to have the Court enter an order embodying the specific terms of settlement with an order of dismissal with prejudice or a judgment, then the first paragraph of said

15-10200 Dominique Butler v. Unifund CCR, LLC, et al
Order of Dismissal

stipulation and proposed order should provide for the above order of dismissal

to be vacated for purposes of entry of the order or judgment contemplated.

**IT IS SO ORDERED.**

S/Gerald E. Rosen
Chief Judge, United States District Court

Dated: September 28, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 28, 2015, by electronic and/or ordinary mail.

s/Julie Owens
Case Manager, (313) 234-5135